IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WOOTEN,

        Plaintiff,               No. CIV S-11-1791 MCE DAD PS

    v.

COUNTRYWIDE HOME LOANS, INC.,   ORDER
et al.,

        Defendants.
                               /

        Plaintiff, Robert Wooten, is proceeding in this action pro se.  The case was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

        On May 9, 2012, the undersigned issued findings and recommendations recommending that the motions to dismiss filed on behalf of defendants Ocwen Loan Servicing, LLC, Western Progressive, LLC and Countrywide Home Loans be granted in part, that plaintiff's civil RICO claim be dismissed without leave to amend, that the court decline to exercise supplemental jurisdiction over plaintiff's state law claims and that this action be closed.  (Doc. No. 41.)   The time for filing objections to those findings and recommendations has expired, and the findings and recommendations have been submitted to the assigned District Judge for review. On May 24, 2012, however, plaintiff filed a second amended complaint in this action.  (Doc. No. 48.)

1          Plaintiff is informed that parties are not permitted to amend their pleadings at will.
2 The court has not granted plaintiff leave to amend his complaint a second time. Indeed, the
3 undersigned's May 9, 2012, findings and recommendations recommend that plaintiff be denied
4 further leave to amend and that this action be closed. Finally, plaintiff's proposed second
5 amended complaint has not been filed pursuant to any applicable rule. The court declines to
6 consider further amendments to plaintiff's pleading until the assigned District Judge has
7 considered the undersigned's pending May 9, 2012 findings and recommendations.
8          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall strike
9 the proposed second amended complaint filed by plaintiff on May 24, 2012 (Doc. No. 48).

DATED: June 5, 2012.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\wooten1791.ord.strike.ac