IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WOOTEN, an
individual,

              Plaintiff,

    v.

COUNTRYWIDE HOME LOANS
INC., et al.,

            Defendants.

_____/

No. 2:11-cv-01791-MCE-DAD PS

ORDER

        Before the Court is Plaintiff Robert Wooten's Motion for Reconsideration (ECF No. 60.), which asks this Court to reconsider its July 9, 2012, Order (ECF No. 58.) adopting the magistrate judge's findings and recommendations and disposing of several motions.  The Court has considered the Motion to Reconsider and finds no basis to alter its prior Order.  Accordingly, the Motion to Reconsider is DENIED.

        IT IS SO ORDERED.

Dated:  August 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1